CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
DEC - 1 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHARLES MOODY, | ) | Civil Action No. 7:08-cv-00432 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DANIEL DEJESUS, et al., | ) | By: Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's Bivens action against the defendants be **DISMISSED**, pursuant to 1915A(b)(1); the Clerk is directed to **TERMINATE** the Federal Bureau of Prisons as a defendant in this case; and plaintiff's request for injunctive relief (docket #9) is **DENIED**. Accordingly, only plaintiff's Federal Tort Claims Act claims against defendants Daniel DeJesus, David Allred, David Roff, Irwin Fish, and Judy Pham remain.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 1st day of December, 2008.

Senior United States District Judge